IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ADVANCE CABLE COMPANY, LLC and
PINEHURST COMMERCIAL INVESTMENTS,
LLC,

                    Plaintiffs,              ORDER

v.

                                               13-cv-229-wmc

THE CINCINNATI INSURANCE COMPANY,

                    Defendant.

---

Consistent with today's telephonic hearing held with counsel, defendant The Cincinnati Insurance Company's motion to quash plaintiffs' deposition notices and subpoena (dkt. #136) is DENIED, except with respect to Topics (e) and (f) as articulated in the Rule 30(b)(6) Notice.  Discovery as to Topics (a) through (d) is, therefore, permitted; discovery as to Topic (g) is permitted only if the parties are not able to reach agreement about the authentication of documents in advance.

Defendant shall produce Curt Jorgenson as well as its designated Rule 30(b)(6) witnesses in the next ten days, with the depositions to be held at a time and place convenient to all parties.  Neither deposition is to exceed seven hours.

Entered this 27th day of June, 2014.

BY THE COURT:

/s/ William M. Conley
WILLIAM M. CONLEY
District Judge