UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
_____

| | |
|---|---|
| ADVANCE CABLE COMPANY, LLC, and ) <br> PINEHURST COMMERCIAL INVESTMENTS, LLC, ) <br> ) <br> Plaintiffs, ) <br> ) Case No.:   3:13-CV-00229 <br> v. ) <br> ) <br> THE CINCINNATI INSURANCE COMPANY, ) <br> ) <br> Defendant. ) | |

_____

**NOTICE OF APPEAL BY DEFENDANT CINCINNATI INSURANCE COMPANY**
_____

NOTICE IS HEREBY GIVEN that defendant, Cincinnati Insurance Company ("Cincinnati"), by its undersigned attorneys, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Final Judgment of the United States District Court for the Western District of Wisconsin in the above captioned matter entered on July 15, 2014 (Docket No. 178), in favor of plaintiffs Advance Cable Company, LLC and Pinehurst Commercial Investments, LLC, and against defendant Cincinnati.

Dated this 22nd day of July, 2014.

| s/Mark W. Rattan | s/Stephanie L. Dykeman |
|:---:|:---:|
| Counsel of Record for | Additional Counsel for |
| Cincinnati Insurance Company | Cincinnati Insurance Company |
| Litchfield Cavo, LLP | Litchfield Cavo, LLP |
| 13400 Bishops Lane, Suite 290 | 13400 Bishops Lane, Suite 290 |
| Brookfield, Wisconsin  53211-6237 | Brookfield, Wisconsin  53211-6237 |
| Phone: (262) 784-8966 | Phone: (262) 784-8931 |
| Fax:    (262) 784-8812 | Fax:    (262) 784-8812 |
| E mail: rattan@litchfieldcavo.com | E mail: dykeman@litchfieldcavo.com |
| Wis. State Bar No. 1016320 | Wis. State Bar No. 1035857 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2014, I electronically filed the following with the Clerk of the Court using the ECF system and that the foregoing is available on the ECF system for viewing and downloading.

NOTICE OF APPEAL BY DEFENDANT CINCINNATI INSURANCE COMPANY

The ECF system will send a notice of electronic filing to the following attorneys for plaintiffs:

Charles D. Schmidt
Anthony K. Murdock
Attorney for Advance Cable Company, LLC &
Pinehurst Commercial Investments, LLC
Halloin & Murdock, S.C.
839 North Jefferson Street, Suite 503
Milwaukee, Wisconsin 53202
Phone:  (414) 732-2424
Fax:     (414) 732-2422
E mail Murdock: amurdock@halloinmurdock.com
E mail Schmidt: cschmidt@halloinmurdock.com

Dated this 22nd day of July, 2014.

s/Mark W. Rattan
Counsel of Record for
Cincinnati Insurance Company
Litchfield Cavo, LLP
13400 Bishops Lane, Suite 290
Brookfield, Wisconsin  53211-6237
Phone: (262) 784-8966
Fax:    (262) 784-8812
E mail: rattan@litchfieldcavo.com
