## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

ADVANCE CABLE COMPANY, LLC and
PINEHURST COMMERCIAL INVESTMENTS, LLC,

       Plaintiffs,

    v.                                Case No. 13-cv-229-wmc

THE CINCINNATI INSURANCE COMPANY,

       Defendant.

## NOTICE OF CROSS-APPEAL

PLEASE TAKE NOTICE that the plaintiffs, Advance Cable Company, LLC and Pinehurst Commercial Investments, LLC, by their undersigned attorneys, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on July 15, 2014 (DN 178).

The defendant, The Cincinnati Insurance Company, appealed to the United States Court of Appeals for the Seventh Circuit from the same final judgment on July 22, 2014 (DN 181).

Dated August 6, 2014.

                                   **HALLOIN & MURDOCK, S.C.**
                                   Attorneys for the Plaintiffs

                                   s/ Charles David Schmidt
                                   Anthony K. Murdock
                                   Wis. State Bar No. 1054531
                                   Charles David Schmidt
                                   Wis. State Bar No. 1030914

**HALLOIN & MURDOCK, S.C.**
839 North Jefferson Street
Fifth Floor
Milwaukee, Wisconsin 53202
p  414-732-2424
f  414-732-2422
amurdock@halloinmurdock.com
cschmidt@halloinmurdock.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2014, I electronically filed the foregoing document with the Clerk of the Court using the ECF system and that the foregoing document is available on the ECF system for viewing and downloading. The ECF system will send a notice of electronic filing to the following persons:

*Counsel for the Defendant:*
Mark W. Rattan, Esq.
Stephanie L. Dykeman, Esq.
Litchfield Cavo, LLP
13400 Bishops Ln Ste 290
Brookfield, WI 53211

s/ Charles David Schmidt
Charles David Schmidt

S:\Clients\Advance Cable\Advance Cable (13-CV-229)\Appeal\Pleadings\Notice of Cross-Appeal.docx